IN RE STALLINGS

No. 716PA85.

Case below: 77 N.C. App. 592.

Petition by the State for discretionary review under G.S. 7A-31 allowed 7 April 1986.

IN RE WARD

No. 38P86.

Case below: 80 N.C. App. 337.

Petition by Jeffrey Lamont Ward for writ of supersedeas and temporary stay of proceedings in the superior court, Pitt County, allowed 18 February 1986.

O'BRIEN v. PLUMIDIES

No. 152PA86.

Case below: 79 N.C. App. 159.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 7 April 1986.

PINEHURST, INC. v. O'LEARY BROS. REALTY

No. 137P86.

Case below: 79 N.C. App. 51.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 April 1986. Petition by defendants for writ of supersedeas and temporary stay denied 7 April 1986.

RAY v. NORRIS

No. 34P86.

Case below: 78 N.C. App. 379.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 April 1986.